```
                UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                       Alexandria Division
```

KIM Y. KELLY,                       )
      Plaintiff,                  )
                                          )
           v.                       )    Civ. No. 1:13cv411
                                          )
THE GEORGE WASHINGTON                )
UNIVERSITY,                          )
      Defendant.                  )

## ORDER

THIS MATTER comes before the Court on plaintiff's letter of September 10, 2013 (Dkt. 26), which the Court treats as a motion to extend the discovery period. Upon consideration of the pleadings, it is hereby

ORDERED that plaintiff's motion (Dkt. 26) is GRANTED in PART. The discovery period shall be extended to December 13, 2013, and the final pretrial conference is continued to December 19, 2013, at 10:00 a.m. Plaintiff is warned that no further extensions of the discovery period will be granted, whether she retains counsel or not. The Court does not provide referrals to attorneys.

ENTERED this 18th day of September, 2013.

                                                                  /s/
                                        THERESA CARROLL BUCHANAN
                                        UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia